# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------X

HAROLD JEAN-BAPTISTE,

                Plaintiff,

    -against-                                             23 **CIVIL** 10466(JGK)

                                                                   **JUDGMENT**

ZAHRA SMITH,

                Defendant.

----------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Dismissal dated December 11, 2023, plaintiff's complaint is dismissed for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915 (e) (2) (B) (ii). The Court declines to exercise its supplemental jurisdiction to consider any state law claims. The Court certifies under 28 U.S.C. § 1915(a) (3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

        December 12, 2023

                                                                  **RUBY J. KRAJICK**
                                                                    Clerk of Court

                                               **BY:**

                                                                   _____
                                                                        **Deputy Clerk**